IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND JENKINS,<br><br>Plaintiff,<br><br>vs.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION,<br><br>Defendant. | No. C 14-1136 WHA (PR)<br><br>**ORDER OF TRANSFER**<br><br>(Dkt. 2) |

Plaintiff, an inmate at the North Kern State Prison in Delano, California, filed this civil rights case under 42 U.S.C. 1983 complaining that he is being falsely imprisoned. Defendant, the California Department of Corrections and Rehabilitation is headquartered in Sacramento, California. Both Kern County, where plaintiff is located and the alleged constitutional violation is taking place, and Sacramento County, where defendant is located, are within the venue of the United States District Court for the Eastern District of California. Venue for this case is therefore proper in the Eastern District. *See* 28 U.S.C. 1391. Accordingly, and in the interests of justice, this case is **TRANSFERRED** to the United States District Court for the Eastern District of California. *See* 28 U.S.C. 1404(a), 1406(a). In light of this transfer, the application to proceed in forma pauperis (dkt. 2) is deferred to the Eastern District.

The clerk shall transfer this matter forthwith.

**IT IS SO ORDERED.**

Dated: March   31   , 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE